## Commonwealth ex rel. Hart, Appellant, *v.* Cavell.

Submitted December 13, 1965. *Donald D. Hart,* appellant, in propria persona; *Robert J. Kayton,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Hart, Appellant, *v.* Myers.

Submitted December 13, 1965. *Norman Hart,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.